IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDWARD T. LAIOS, *et al.*

                Plaintiffs,

      v.                          **Case No. 8:13-cv-02953**

MTM BUILDER/DEVELOPER, INC., *et al*.

                Defendants.

## **STIPULATION OF DISMISSAL**

Plaintiffs Edward T. Laios and Brightseat Development Associates, LLC on the one hand, and Defendants MTM Builder/Developer, Inc. and Dean F. Morehouse on the other, by and through their respective attorneys of record, hereby stipulate and agree that all claims and counterclaims asserted in this case be dismissed with prejudice.

Respectfully submitted,

____/s/_____  
David G. Ross  
Federal Bar No. 16287  
Rebecca Gray  
ROSS LAW FIRM, LLC  
800 King Farm Blvd.  
Suite 500  
Rockville MD 20850  
Telephone: (301) 610-7730  
Facsimile: (301) 738-7060  
dross@davidrosslaw.com

*Counsel for Plaintiffs*

____/s/_____  
John J. Brennan, III  
Federal Bar No. 02564  
510 King Street  
Suite 416  
Alexandria, VA 22314  
Telephone: (703) 548-1620  
Facsimile: (703) 548-4742  
jjbrennaniiilaw@gmail.com

*Counsel for Defendants*

Dated: October 19, 2015

**CERTIFICATE OF SERVICE**

I HEREBY certify that a copy of the foregoing document was served on the following counsel by electronic filing on October 19, 2015:

>John J. Brennan, III
>Brennan Law LLC
>510 King Street
>Suite 416
>Alexandria, VA 22314
>
>*Counsel for Defendants*

_____/s/_____
David G. Ross